IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RENA PRATT,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br>　　　Defendant | Civil No. CV-04-0449-CI<br><br><br><br>ORDER |

　　　Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability insurance benefits under Title II and Supplemental Security Income (SSI) disability benefits under Title XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the administrative law judge (ALJ) will consolidate Plaintiff's subsequent applications for disability insurance benefits and SSI disability benefits with the applications currently

pending before this Court.  The ALJ will update the record, consider all new evidence, consider the medical opinion evidence and provide rationale for the weight given such evidence.  In addition, the ALJ will obtain, if warranted, a consultative examination and vocational expert testimony.

DATED this <u>  25th  </u> day of <u>  July  </u>, 2005.

S/ CYNTHIA IMBROGNO<br>
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Stephanie R. Martz
STEPHANIE R. MARTZ
Special Assistant United States Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone:  (206) 615-2272
FAX:  (206) 615-2531
stephanie.martz@ssa.gov